UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID COLLIER,

    Plaintiff,

v.                                                     Case No: 6:19-cv-82-Orl-28TBS

COMBE INCORPORATED, COMBE
PRODUCTS, INC., COMBE
LABORATORIES, INC., COMBE
INTERNATIONAL LLC, WALMART, INC.
and WAL-MART STORES EAST, LP,

    Defendants.

## ORDER

    Defendants Combe Incorporated, Combe Products, Inc., Combe Laboratories LLC and Combe International LLC's Motion for Extension of Time to Respond to Complaint (Doc. 19) is **DENIED**. First, the Court does not know when or if these Defendants have been served. Second, these Defendants have not shown good cause why any extension, let alone a 60 day extension is warranted. Third, the motion does not comply with Local Rules 3.01(a) or (g).

    **DONE** and **ORDERED** in Orlando, Florida on February 21, 2019.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties